### 1888.  Brown *v.* The State.

Russell, J.  The defendant being charged with the offense of being intoxicated within the curtilage of another's dwelling, and his drunkenness or sobriety therefore being a most material issue, and the court having in the charge to the jury expressed an opinion that the defendant was intoxicated on the occasion in question, a new trial is demanded. Penal Code, § 1032.                                          *Judgment reversed.*

Accusation of misdemeanor, from city court of Cartersville—Judge Foute.  April 14, 1909.

Submitted July 20,—Decided July 31, 1909.

*James B. Conyers, Ben J. Conyers,* for plaintiff in error.
*Watt H. Milner, solicitor,* contra.